UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DAVID MCCULLOUGH,

                    Plaintiff,

                                    No. 7:15-CV-0638
            -v-                       (DNH/TWD)

SYRACUSE POLICE DEPARTMENT

                    Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                               OF COUNSEL:

DAVID MCCULLOUGH - 95-b-2598
Plaintiff pro se
Riverview Correctional Facility
P.O. Box 247
Ogdensburg, NY 13669

DAVID N. HURD
United States District Judge

## **DECISION and ORDER**

Pro se plaintiff David McCullough brought this civil rights action pursuant to 42 U.S.C. § 1983. On June 5, 2015, the Honorable Thérèse Wiley Dancks, United States Magistrate Judge, advised by Report-Recommendation that plaintiff's complaint be dismissed sua sponte pursuant to 28 U.S.C. §§ 1915A and 1915(e). Plaintiff timely filed objections to the Report-Recommendation.

Based upon a careful review of the entire file and the recommendations of the Magistrate Judge, the Report-Recommendation is accepted in whole. See 28 U.S.C. § 636(b)(1).

Therefore, it is

ORDERED that

1. Plaintiff's complaint (Dkt. No. 1) is DISMISSED without leave to amend; and

2. The Clerk is directed to serve a copy of this Decision and Order upon the parties in accordance with the Local Rules.

IT IS SO ORDERED.

Dated: August 26, 2015
      Utica, New York.

United States District Judge